IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01601-RPM

STEVEN GOLD,

    Plaintiff,

v.

COLORADO STATE BOARD FOR COMMUNITY COLLEGES and OCCUPATIONAL EDUCATION, governing body of Colorado Community College System,

    Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to Procedural Order Number One entered by this Court on October 1, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

    ORDERED that a scheduling conference will be held on **November 20, 2015, at 1:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 10, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED: November 3rd, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge